UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY MICHAEL LANG

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-22-00643-HWV

vs.

TIMOTHY MICHAEL LANG

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's *Motion to Dismiss Case* (the "Motion"), and following notice and an opportunity for a hearing, and there being no objection or response to the Motion, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 19, 2022