# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 5/19/2022
Case: 1:22−bk−00643−HWV     Form ID: pdf010     Total: 11

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr  | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Timothy Michael Lang | 318 Cedar Alley | Middleburg, PA 17842 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 5468778 | Capital One | PO Box 30285 | Salt Lake City, UT 84130−0287 | |
| 5468779 | Imblum Law Offices, PC | 4615 Derry Street | Harrisburg, PA 17111 | |
| 5469490 | LVNV Funding, LLC | Resurgent Capital Services | PO Box 10587 | Greenville, SC 29603−0587 |
| 5473375 | M&T BANK | PO BOX 1508 | BUFFALO, NY 14240 | |
| 5473641 | Quantum3 Group LLC as agent for | Genesis FS Card Services Inc | PO Box 788 | Kirkland, WA 98083−0788 |
| 5468780 | Shellpoint Mortgage Servicing | PO Box 10826 | Greenville, SC, 29603−0826 | |
| 5468874 | Synchrony Bank | c/o PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 |

TOTAL: 9